State v. Sabog .................. 24835      08/17/2005  Dismissed      108 Hawaiʻi 102, 117 P.3d 834